IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEN TITTLE, *et al.*, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>VTech Electronics North America, LLC and VTech Holdings Ltd.,<br><br>        Defendants. | Case Nos. 15-cv-10889, 15-cv-10891, 15-cv-11280, 15-cv-11620, 15-cv-11885<br><br>The Honorable Manish S. Shah |

## ORDER GRANTING UNOPPOSED JOINT MOTION
## TO CONSOLIDATE AND APPOINT INTERIM CLASS COUNSEL

Plaintiffs have filed with this Court an Unopposed Joint Motion to Consolidate and Appoint Interim Class Counsel pursuant to Rules 23(g) and 42(a) of the Federal Rules of Civil Procedure. The Court, having considered the motion and supporting documentation filed by counsel, and for other good cause shown, HEREBY ORDERS THAT:

(1) The motion for consolidation is GRANTED, and the actions presently pending before this Court (*Tittle v. VTech Electronics North America, LLC*, No. 15-cv-10889, *Bran v. VTech Electronics North America, L.L.C., et al.*, No. 15-cv-10891, *Donnel, et al. v. VTech Electronics North America, L.L.C., et al.*, No. 15-cv-11280, *Dashnau v. VTech Electronics North America, L.L.C., et al.*, No. 15-cv-11620, and *Giron v. VTech Electronics North America, L.L.C.*, No. 15-cv-11885) are hereby consolidated for pre-trial purposes. Any documents concerning or relating to these cases shall be filed in the docket for case number 15-cv-10889 before this Court, and the case caption shall be amended to *In re VTech Data Breach Litigation*.

1

(2) Plaintiffs in the *In re VTech Data Breach Litigation* shall file a consolidated amended complaint within 14 days of the entry of this Order.

(3) The Court finds that the firms presented in Plaintiffs' motion for appointment of Interim Co-Lead and Liaison Counsel and a Plaintiffs' Steering Committee are well-qualified and suited to serve as counsel in this action, and Plaintiffs' motion for appointment is granted.

(4) The Court hereby designates the following as Plaintiffs' Interim Lead Counsel:

Jay Edelson
**EDELSON PC**
350 N LaSalle Street
Chicago, IL 60654
(312) 589-6370

Jason L. Lichtman
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
(212) 355-9500

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
(813) 223-5505

(5) Plaintiffs' Interim Co-Lead counsel shall be responsible for conducting pre-trial litigation activities on behalf of the Class. The responsibilities of Interim Co-Lead Counsel shall have the following specific responsibilities:

> (a) To determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of Plaintiffs and putative class members on all matters arising during pretrial proceedings;
>
> (b) To coordinate the initiation and conduct of discovery on behalf of Plaintiffs and putative class members, consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(b)(2), and 26(g), including the preparation of joint interrogatories and requests for the production of documents and the examination of witnesses in depositions;

  (c)  To conduct settlement negotiations on behalf of Plaintiffs and putative class members, and, where appropriate, to present any proposed settlements to the Court on behalf of putative class members;

  (d)  To delegate specific tasks to other counsel, in a manner designed to ensure that pretrial preparation for Plaintiffs and the putative class is conducted efficiently and effectively;

  (e)  To enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

  (f)  To prepare and distribute status reports to any other law firms that might seek to represent the putative class;

  (g)  To maintain adequate time and disbursement records covering services;

  (h)  To monitor the activities of any other law firms that might seek to represent putative class members to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

  (i)  To perform such other duties as may be incidental to the proper prosecution and coordination of pretrial activities on behalf of Plaintiffs and the putative class or authorized by further order of this Court.

(6)  Further, the Court hereby designates as Plaintiffs' Interim Liaison Counsel:

Edward A. Wallace
**Wexler Wallace LLP**
55 West Monroe, Suite 3300
Chicago, IL 60603
(312) 346-2222

(7)  Plaintiffs' Liaison Counsel shall be responsible for ensuring the efficient prosecution of this case by centralizing communications between the Court and other counsel and shall have the following responsibilities:

  (a)  To maintain a current Master Service List of counsel of record;

  (b)  To maintain and distribute to Plaintiffs' counsel and to Defendants' Counsel an up-to-date service list as to Plaintiffs;

  (c)  To file and serve on behalf of plaintiffs those filings relative to the master docket of the litigation; and

3

    (d)    To otherwise serve the Court and the parties in the efficient prosecution of this litigation.

  (8)    Finally, the Court hereby appoints the following to the Plaintiffs' Steering Committee:

Cari Campen Laufenberg
**Keller Rohrback LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

Christopher S. Hinton
**The Hinton Law Firm**
275 Madison Avenue, 34th Floor
New York, NY 10016
(646) 723-3377

Nancy A. Kulesa
**Levi & Korsinsky LLP**
30 Broad Street, 24th Floor
New York, NY 10004
(212) 363-7500

  (9)    The Plaintiffs' Steering Committee shall consult with Plaintiffs' Interim Co-Lead and Liaison Counsel in coordinating the Plaintiffs' pretrial activities and in planning for trial.

Date: February 10, 2016

                                                  Hon. Manish S. Shah
                                                  United States District Judge