UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE VTECH DATA BREACH LITIGATION**<br><br>This document relates to all actions | Master Case No. 15-cv-10889<br><br>Consolidated Case Nos. 15-cv-10889, 15-cv-10891, 15-cv-11280, 15-cv-11620, 15-cv-11885<br><br>The Honorable Manish S. Shah |

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES

Defendant VTech Electronics North America, LLC ("VTech"), by its attorneys, respectfully submits this unopposed motion pursuant to N.D. Ill. L.R. 7.1 for leave to file a brief in excess of fifteen pages in order to file its memorandum in support of its motion to dismiss. In support of this motion, VTech states:

1. On February 24, 2016, Plaintiffs filed a 56-page, 227 paragraph, consolidated amended complaint (the "Complaint") on the heels of the consolidation of five proposed class action lawsuits. The Complaint consists of five separate causes of action, relies on three separate contracts, involves 32 different products, and alleges upwards of fifteen separate claims for damages.

2. VTech's responsive pleading(s) are due April 13, 2016. After thoroughly investigating the facts and claims alleged, VTech will be moving to dismiss the Complaint under both Federal Rules of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction, and 12(b)(6) for failure to state a claim.

1

3. VTech's motions to dismiss are based largely on the same set of background facts, contracts, and law. As such, in the interest of efficiency and convenience to the Court and the parties, and to avoid the filing of multiple briefs based on identical sets of facts, VTech desires to file a single consolidated Rule 12(b)(1)/12(b)(6) motion to dismiss rather than filing separate, concurrent motions requiring separate sets of briefs.

4. In order to thoroughly address all of Plaintiff's many factual and legal arguments, VTech respectfully requests that the Court grant it leave to file an oversized memorandum in support of its motion to dismiss, up to and including 35 pages.

5. VTech has no objection to an increased page limit for Plaintiffs' response, if they or this Court so desires.

6. Counsel for Plaintiffs do not oppose the relief sought in this motion.

WHEREFORE, for the reasons set forth above, VTech respectfully requests that this Court grant it leave to file an oversized memorandum in support of it motion to dismiss, up to and including 35 pages.

Dated: March 31, 2016	Respectfully submitted,

VTECH ELECTRONICS NORTH
AMERICA, LLC


By:	/s/ Jeremy Goldkind
	One of its attorneys

Michael Dockterman
mdockterman@steptoe.com
James R. Nuttall
jnuttall@steptoe.com
Michael A. Vatis
mvatis@steptoe.com
Jeremy S. Goldkind

2

jgoldkind@steptoe.com
Lauren Jaffe
ljaffe@steptoe.com
**STEPTOE & JOHNSON, LLP**
115 S. LaSalle Street, Suite 3100
Chicago, Illinois 60603
(312) 577-1300

*Counsel for Defendant VTech Electronics*
*North America, LLC*

3

## **CERTIFICATE OF SERVICE**

      I, Jeremy Goldkind, an attorney, hereby certify that on March 31, 2016, I caused a copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                                                                                               /s/ Jeremy Goldkind