# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ken Tittle, et al.

                                                 Plaintiff,

v.                                                                  Case No.: 1:15−cv−10889
                                                                 Honorable Manish S. Shah

VTech Electronics North America, LLC, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 20, 2016:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. The briefing schedule on defendant's motion to dismiss [61] is as follows: plaintiff's response is due 5/18/16. Defendant's reply is due 6/15/16. Initial disclosures must be exchanged by 5/19/16. All other formal discovery is stayed. The parties are encouraged to continue to informally exchange information. Continued status hearing is set for 7/21/16 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.