**Exhibit A:**
InnoTab 3 Plus User's Manual



**vtech**®

THE LEARNING TABLET

# InnoTab® 3



# User's Manual

2014 © VTech
Printed in China
91-002732-061 US

Dear Parent,

At **VTech**®, we know how much you enjoy staying on top of the hottest trends and having the most high-tech gadgets around. We also know that your kids feel the same way. With that in mind, we developed **InnoTab**® **3**, a multi-function tablet just for kids that brings all the magic of Mom's and Dad's tablets into a fun-filled learning experience that fits the active lifestyles of kids.

**InnoTab**® **3** is the next generation of learning toys for children. It features a 4.3" brilliant color LCD touch screen, a rotating camera and video recorder, and a rechargeable battery pack, all housed in a sleek, durable, and compact design for easy portability. With ten apps on board plus two free downloadable apps, there's plenty of content to get kids started. There's also a large library of cartridge software featuring your kids' favorite characters and a variety of accessories that allow kids to customize their **InnoTab**® **3** just the way they want it.

Even more content is available online. Use the USB cable to connect to Learning Lodge™ where you can download learning games, e-books, songs, videos, and additional apps. The **InnoTab**® **3** has 4GB of memory onboard so there's plenty of space to store all the great content you'll find. If you need more storage, just insert a micro SD memory card to expand the memory.

When playing with **InnoTab**® **3**, kids can look, listen, touch, and tilt their way through activities to discover a world of fun whenever they want and wherever they go. Through interactive play, your child will develop skills in reading, math, social studies, science, music, creativity, and more!

At **VTech**®, we are dedicated to helping your children uncover their talents. We thank you for your trust in our products that encourage active minds through imaginative play.

Sincerely,

Your friends at **VTech**®

To learn more about **InnoTab**® **3** and other **VTech**® toys, visit www.vtechkids.com

# CONTENTS

**INTRODUCTION** ................................................. 1

   Included in This Package ............................................. 1

**PRODUCT FEATURES** ........................................ 2

**GETTING STARTED** ............................................ 4

   How to Attach the Stylus ........................................... 4

   Installing the Rechargeable Battery Packs .............................. 4

   Charging and Recharging the Batteries ................................ 5

   How to Play ...................................................... 7

   Desktop Menu ................................................... 8

**CONTENT** ....................................................... 9

   **InnoTab®** Software Preview Cartridge ............................

   Built-in Apps .................................................... 10

   Playing an **InnoTab®** Cartridge .................................... 18

   Downloads Menu ................................................ 18

**ONLINE FEATURES** ........................................... 18

   Inserting a microSD Card ......................................... 18

   Connecting to Learning Lodge™ .................................... 19

**TRANSFERRING PHOTOS AND VIDEOS** ................ 21

**MINIMUM SYSTEM REQUIREMENTS** ................... 22

**CARE & MAINTENANCE** .................................... 23

**TROUBLESHOOTING** ......................................... 25

**TECHNICAL SUPPORT** ....................................... 28

**DISCLAIMER AND LIMITATION OF LIABILITY** ........ 29

**END USER LICENSE AGREEMENT** ..................... 31

**GNU GENERAL PUBLIC LICENSE** ..................... 34

# INTRODUCTION

Thank you for purchasing **InnoTab® 3 The Learning Tablet**! **InnoTab® 3** is a multi-function, touch screen tablet for 3-9 year olds. Kids will love using **InnoTab® 3** to take photos and videos, read e-books, listen to music, play games, and more. With microSD card expanded memory, and new apps being added all the time, **InnoTab® 3** is a great tablet for busy kids on the go.

## Included in This Package
• One **VTech® InnoTab® 3** Learning Tablet (including 2 **InnoTab®** Styluses)
• One **InnoTab®** Software Preview Cartridge
• One Learning Lodge™ Installation CD
• One USB Cable
• One Stylus String
• One User's Manual
• One Rechargeable Battery Pack ①
• One Rechargeable Battery Pack ②
• One 7.5 V AC/DC Adapter

### Specification of AC/DC Adapter :
Input : 120V 60Hz 150mA AC
Output : 7.5V === 650mA DC


Learning Lodge™
Installation CD


Stylus String


7.5 V AC/DC Adapter


Rechargeable Battery
Packs ① & ②


USB cable


User's manual


**InnoTab®** Software
Preview Cartridge

**InnoTab®** Styluses


**InnoTab® 3**

1

# PRODUCT FEATURES

**Warning**: All packing materials, such as tape, plastic sheets, packaging locks, wire ties, and tags are not part of this toy, and should be discarded for your child's safety.

**Note**: Please keep the user's manual as it contains important information.



AC Adapter Jack
Brightness Button

Power Button
Battery Charging Indicator

Touch Screen

D-Pad Button

**InnoTab®** Stylus and Stylus Holder

Stylus Fastener

Backup Battery Slot & Cover

Battery Compartment

**InnoTab®**
Cartridge Port

Rotating Camera

Microphone

Volume Buttons

Help Button
Home Button

Battery Covers

Battery Compartment

Battery Door Lock Sliding Switch

microSD Memory Card Slot
(microSD memory card not included.)

Headphone Jack

USB Port

2

# PRODUCT FEATURES

| FEATURES | ACTION |
|---|---|
| Rotating Camera | Rotate the camera to take pictures of yourself and your friends. |
| Touch Screen | Touch the screen with your finger or the **InnoTab®** stylus to play. |
| AC Adapter Jack | Use this to connect an AC/DC Adapter. |
| Headphone Jack | Use this to connect headphones (sold separately). |
| Power Button | Press this button to turn **InnoTab® 3** on or off. |
| USB Port | Plug the included USB cable into this USB port to connect the tablet to your computer. |
| Brightness Button | Press this button to adjust the screen brightness. |
| Help Button | Press this button to replay voice instructions, or ask for a hint. |
| Microphone | Speak into this microphone to record your voice or play microphone games. |
| Volume Buttons | Press these buttons to adjust the sound volume. |
| Home Button | Press this button to return to the **InnoTab® 3** desktop menu at any time. |
| D-Pad Button | Press this button to move up, down, left, or right in some games or menus. |
| Battery Charging Indicator | This flashes green when the rechargeable batteries are being charged. It will turn off when charging is complete. |
| **InnoTab®** Cartridge Port | Insert an **InnoTab®** cartridge (sold separately) into this slot to play. |
| **InnoTab®** Stylus & Stylus Holder | Use your finger or this stylus to play. Always place the **InnoTab®** stylus back into the stylus holder after use. |
| Backup Battery Slot & Cover | The backup battery provides power for the clock. For backup battery replacement instructions, please see the **Care & Maintenance** section on page 23. |
| Stylus Fastener | Use the stylus string to attach the stylus to this fastener. |

# GETTING STARTED

| Battery Door Lock Sliding Switch | Slide this switch to open the battery doors. Always replace the **InnoTab® 3** battery doors after changing batteries. |
| microSD Card Slot | Insert a microSD memory card (not included). (NOTE: **InnoTab® 3** is compatible with microSD memory cards up to 32GB.) |
| Battery Compartments | Insert 4 "AA" batteries (not included) or the rechargeable battery packs. For battery installation instructions, please see the section below. |

## How to Attach the Stylus

Tie one end of the stylus string to the stylus and the other end to the stylus fastener on the **InnoTab® 3**.



## Installing the Rechargeable Battery Packs

1. Make sure the **InnoTab® 3** is turned off.
2. Turn the unit over. Slide the battery door lock switch forward and push the battery covers off to each side to remove them.
3. Insert Battery Pack① into the compartment on the right side and Battery Pack② into the compartment on the left side.
   • Insert the battery pack into the connector slot first.
   • Then press the battery pack down until it rests in place.
4. Replace the battery covers.



4

## GETTING STARTED

## Charging and Recharging the Batteries 

The rechargeable batteries should be fully charged before the first use. To charge and recharge the batteries, please follow the instructions below.

1. Make sure the battery packs are installed in the tablet.

2. Use the AC adapter that comes with the **InnoTab® 3**. Plug one end of the AC adapter into the power jack on the **InnoTab® 3** and plug the other end into a wall outlet.

   Note: The AC adapter is not a toy, and should only be used by an adult.

3. You can continue to use the **InnoTab® 3** while the AC adapter is connected, but the batteries will not charge while the **InnoTab® 3** is on. When you're done playing, turn the power off and leave the tablet connected to a wall outlet to charge it.

4. The green light on the tablet will flash to indicate charging is in progress. When the batteries are fully charged the light will turn off. A full charge takes about 4.5 hours with the AC adapter.

Note: If the green light on the tablet flashes very quickly during charging, the battery packs may not be connected properly. Please reinstall the battery packs and try again.

## Important Notes:

• Make sure the **InnoTab® 3** is turned off before charging.

• The tablet will charge at temperarures between 5°C~35°C (41°F~95°F). If the tablet is not charging properly, please move it to a location with a suitable temperature.

• Battery removal and replacement should only be done by an adult.

• Keep the connector pins on the **InnoTab® 3** and the metal contacts on the battery packs clean for optimal performance.

• Disconnect the tablet from the AC adapter and remove the battery packs before cleaning.

• For best results, please use the AC adapter that's included in this package.

**Warning:** **Do not allow any metal objects to touch the metal contacts on the battery packs or the contact pins on the InnoTab® 3.**



# GETTING STARTED

## Battery Notice

• Do not mix old and new batteries.
• Do not mix batteries of different types: alkaline, standard (carbon-zinc), or rechargeable (Ni-MH).
• Only batteries of the same or equivalent type as recommended are to be used.
• Always insert batteries properly matching the plus (+) and minus (-) signs.
• Do not short-circuit the supply terminals.
• Do not dispose of batteries in fire, as batteries may explode or leak.
• Remove batteries from the toy if it will not be used for an extended period of time.
• To prevent fire or electric shock, do not expose the unit to rain or moisture.
• Do not repair or alter the battery packs in any situation.
• Do not disassemble or reassemble the battery packs.
• Batteries may contain hazardous materials, and may be nondisposable. Please contact a recycling company for a proper disposal method.
• Avoid mixing batteries of different sizes and capacities in your electronic device.
• Exhausted batteries are to be removed from the toy.
• The toy is not to be connected to more than the recommended number of power supplies.

> ⚠ **This charger is not a toy. This charger is not intended for use by children. Do not recharge non-rechargeable batteries.**

NOTE: When **InnoTab® 3** is running on batteries, you may see this icon appear on the screen ▭. This indicates that battery power is low, and you should replace the batteries soon. Battery time remaining once the icon first appears is approximately 10-30 minutes, depending on the type of batteries in use. After



that, **InnoTab® 3** will show the very low battery screen for 3 seconds, and then will turn off automatically.

To preserve battery life, **InnoTab® 3** will shut down automatically when there is no input for a few minutes.

**6**



# GETTING STARTED

**Standard guidelines for adapter toys and electrically operated products**

• As with all electrical products, precautions should be used and observed during handling and use to prevent electric shock.
• Do not leave the toy plugged-in for extended periods of time.
• Only use the recommended adapter with the toy.
• Never clean a plugged-in toy with liquid.
• Never use more than one adapter.
• The adapter is not a toy.
• Parents should periodically examine the adapter for conditions that may result in the risk of fire, electric shock, or injury to persons and that, in the event of such conditions, the adapter should not be used until properly repaired.

## How to Play

### STEP 1: Turn InnoTab® 3 On

Turn **InnoTab® 3** on by holding down the Power button for a few seconds. A **VTech®** logo and an **InnoTab® 3** logo will appear and remain onscreen for a few seconds.



### STEP 2: Personalize Your Profile

The first time you turn on **InnoTab® 3**, you will be asked to personalize your profile. When you are asked to enter your name, use the on-screen keyboard to type in your name, and touch "OK" when you're done. When you are asked to take your profile picture, touch the on-screen shutter icon, and then touch "OK."

### STEP 3: InnoTab® 3 Desktop

In the **InnoTab® 3** desktop, you will see several app icons. Flick left or right to look at the apps available on the desktop menu, and then touch an app icon to start playing. (For more details about the built-in apps, please see the **Built-in Apps** section below.)

NOTE:  When you start playing with **InnoTab® 3**, please go to the Clock app to update the date and time to the current date and time. See the **Clock** section below for more details.

# GETTING STARTED

## Desktop Menu



**Status Bar**: View the Profile name and current time.

**Built-in Apps**: Touch an app icon to play.

**Cartridge Icon**: If an **InnoTab**® cartridge (sold separately) is inserted, touch the cartridge icon to play.

**Downloads**: Touch the Downloads icon to view, play, or manage any content that you have downloaded from Learning Lodge™. (Please see the **Downloads Menu** section below for details.)

## Status Bar



**Name** - The profile name is displayed here.

**Time** - This is the time display. Go into the Clock app to reset the time if it does not match your time zone.





## Common Function Icons

| Icon | Function |
|------|----------|
| | Touch this to confirm you are done with the current task. |
| | Touch this to cancel. |
| | Touch this to add a new item. |
| | Touch this to delete an item. |
| | Touch this to edit/modify. |
| | Touch this to go back/return to previous screen. |
| | Touch this to exit. |
| | Touch this to enter the delete mode. |
| | Touch this to enter the edit/settings mode. |
| | This indicates that the content has been locked in the Parent Settings. Hold **?** to unlock the content before it can be deleted. |

## InnoTab® Software Preview Cartridge

The **InnoTab**® Software Preview cartridge contains ten preview videos that show some of the great software titles that are available on the **InnoTab**®. **InnoTab**® software titles can be purchased at local retailers or online at **VTech**'s Learning Lodge™.



(NOTE: The InnoTab Software Preview cartridge that comes in this package is compatible with **InnoTab**® **3 Plus** only.)



## Built-in Apps

### E-Reader

Touch the E-Reader icon to read e-books downloaded from Learning Lodge™. Flick left or right to move between the bookshelves and see all the e-books you have downloaded.



Three pages of the e-book - "What's That Noise?" - are included as a sample. The full e-book can be purchased online from the **InnoTab® 3** Download Center on VTech's Learning Lodge™.)

Connect to Learning Lodge™ to purchase and download more e-books. See the **Connecting to Learning Lodge™** section on page 19 for more details.

### Games

Touch the Games icon to play the games that you have purchased and downloaded from Learning Lodge™. Flick left or right to move between the game shelves. One game, the "Globe", is included on the shelf. See the **Globe** section below for more details.



Connect to Learning Lodge™ to purchase and download more games. See the **Connecting to Learning Lodge™** section on page 19 for more details.

### Globe

Did you know that with a running start, Chile's puma can jump horizontally over 40 12-inch rulers? Or, that Egypt was once ruled by a 9-year-old king? Explore the globe to learn more cool facts as well as Geography, popular sports, customs, animals, landmarks, and languages from around the world. Happy traveling!

CONTENT



## Art Studio

Touch the Art Studio icon to draw a picture or edit a photo. Touch a tool on the right to start your creation.

New Page — Pencil
Save — Brush
Reset — Magic Pen
Undo — Sticker
Music On/Off — Fun Tool
Eraser



Pencil – Touch this to draw with different colored pencils.

Brush – Touch this to paint with different colored brushes.

Magic Pen – Touch this to draw with fun colored and patterned pens.

Sticker – Touch this to put stickers on your creation.

Fun Tool – Touch this to play with silly tools – such as a hopping frog!

Eraser – Touch this and then touch the screen to erase what you've done.

New Page – Touch this to make a new creation. You can choose a page template or a photo to start with.

Save – Touch this to save your creation.

Reset – Touch this to reset the whole creation.

Undo – Touch this to undo what you just did.

Music On/Off – Touch this to turn the background music on or off.

TIP: Touch 🧰 to go back to the toolbox menu.



## Wonder Cam

Touch the Wonder Cam icon to take photos with fun decorations and effects.

Funny Face Mode

Normal Mode

All-Me Mode

Fantasy Effect Mode

Sticker Mode

Kaleidoscope Mode

Frame Mode



Thumbnail

Auto Detection/
Face Detection

Shutter

Normal Mode - Touch this to take a photo without any decoration or effect.

All-Me Mode - Touch this to take a photo with an All-Me effect, and your face will appear on all the characters in the photo.

Sticker Mode - Touch this to take a photo with a silly sticker.

Kaleidoscope Mode - Touch this to take a photo through a kaleidoscope.

Funny Face Mode - Touch this to make a funny face photo.

Fantasy Effect Mode - Touch this to take a photo with a fantasy effect.

Frame Mode - Touch this to take a photo with a frame.

Thumbnail - Touch this to view the photo you have just taken.

Arrows - Touch these to see more decorations or effects.

Auto Detection - Touch this to turn Auto Detection on or off in Fantasy Effect Mode. If this feature is on, the fantasy effects will automatically be placed in the area with the most light. If the feature is off, then the effects will be placed in a predetermined pattern near the edge of the picture.

Face Detection - Touch this to turn Face Detection on or off in Sticker Mode. If Face Detection is on, the camera will change the size and placement of the sticker to try to match your face.

Shutter - Touch this to take a photo.

TIP:   You can select the photo resolution by changing the Photo Size options in the Settings menu. More memory space is required for higher photo resolutions.

NOTE: Not all effects can be saved on all photo resolutions.

CONTENT

## Video Recorder

Touch the Video Recorder icon to record video. The maximum recording length for each video is 5 minutes.



Time

Thumbnail

Record button

Time - This is the elapsed time of the video now recording.

Record button - Touch this to start/stop recording.

Thumbnail - Touch this to view the video you have just taken.

**WARNING:** Video recording may take up memory quickly. Connect your **InnoTab® 3** to Learning Lodge™ and select "File Manager" to back up your videos to your computer regularly. See the **Connecting to Learning Lodge™** section on page 19 for more details.

## My Magic Beanstalk



A mysterious Bean Seller has given you some magic beans. And where there are magic beans, a magic beanstalk is sure to follow! Take care of your very own magic beanstalk in this simulation game that takes place in real time.

Your beanstalk will respond to your actions just like a real plant would. If you water it every day and take good care of it, the beanstalk will grow tall. How high can this magic beanstalk grow? The answer is up to you!

You can also use magic potions to make your plant grow beans. Each magic potion grows a different type of bean. Use different potions and try to collect all the beans.

Note to Parents: As your children play this game, they will earn special gifts that will help them take better care of their beanstalk. When your child receives a message about earning a gift, connect the **InnoTab® 3** to Learning Lodge™ to download the gift package onto your child's tablet.

Curriculum: Time Management, Responsibility, Life Science



## Movie Maker

Lights, camera, action! Now you can be your very own movie director in this fun and exciting stop-motion animation app! First, use the camera to take a series of pictures. Then, watch your pictures come to life as they are played back in order. You can also choose backgrounds and music and create a poster to show off your movie!



## Videos

Touch the Videos icon to watch motion JPEG (MJPEG) and H.264 format videos you have transferred to your **InnoTab® 3** from your computer, videos that you have purchased and downloaded from Learning Lodge™, or videos that you have taken with the Video Recorder on your **InnoTab® 3**. Expand **InnoTab® 3** memory by inserting a microSD memory card (not included). Connect your **InnoTab® 3** to Learning Lodge™ and select "File Manager" to transfer videos.



Video Recorder

Closed Captions On/Off

Album

Previous Rewind Play/Pause Forward Next Trash Can

See the **Connecting to Learning Lodge™** section on page 19 for more details.

Album - Touch this to go to see a list of saved videos.

Previous – Touch this to go to the previous video.

Rewind – Touch this to rewind the video.

Play/Pause – Touch this to play or pause the video.

Forward – Touch this to fast forward the video.

Next – Touch this to go to the next video.

Trash Can – Touch this to delete the current video.

CONTENT

Video Recorder - Touch this to use your **InnoTab® 3** Video Recorder.

Closed Captions On/Off - Touch this to turn closed captions on or off (only available if the video that's playing comes with closed captions). To change the settings for closed captions, please select Closed Captions from the Parent Settings menu.

For more details about transferring videos to your **InnoTab® 3**, please see the **Transferring Photos and Videos** section below.

## Music

Touch the Music icon to listen to MP3 format songs you have transferred to your **InnoTab® 3**. You can purchase and download music from Learning Lodge™, or you can transfer music to your **InnoTab® 3** from your computer using Learning Lodge™. Expand **InnoTab® 3** memory by inserting a microSD memory card (not included). Connect your **InnoTab® 3** to Learning Lodge™ and select "File Manager" to transfer music. See the **Connecting to Learning Lodge™** section on page 19 for more details.



Previous — Play/Pause — Next — Trash

## Photos

Touch the Photos icon to look at JPEG format photos you have transferred to your **InnoTab® 3** and photos taken with the **InnoTab® 3** Wonder Cam app. You can transfer photos to your **InnoTab® 3** from your computer using Learning Lodge™. Expand **InnoTab® 3** memory by inserting a microSD memory card (not included). Connect your **InnoTab® 3** to Learning Lodge™ and select "File Manager" to transfer photos. See the **Connecting to Learning Lodge™** section on page 19 for more details.



Camera

Album — Trash Can

Set Wallpaper — Previous — Play — Next

CONTENT

Album - Touch this to see a list of saved photos.

Set Wallpaper – Touch this to set the current photo as your desktop wallpaper.

Previous – Touch this go to the previous photo.

Play – Touch this to view a photo slideshow.

Next – Touch this to go to the next photo.

Trash Can – Touch this to delete the current photo.

Camera - Touch this to use your **InnoTab® 3** Wonder Cam app.

TIP: Turn the rotating Camera to the front to take a photo of yourself. Turn the rotating Camera to the back to take a picture of your friends. You can change the viewing orientation between landscape and portrait by rotating the tablet.

## Calendar

Touch the Calendar icon to look at or edit your calendar. To mark a day with a sticker, drag a sticker from the tool bar to the day. To add a note, touch the day, and then type in your note using the pop-up keyboard.



Touch ![trash] to delete a sticker or a note.
You can save up to 500 stickers to mark your important dates!

## Clock

Touch the Clock to set the time or date, or use the stopwatch.



Clock – Touch this to view or adjust the time.

Stopwatch – Touch this to use the stopwatch to count up.

Date – Touch this to view or adjust the date.

Clock   Stopwatch   Date

16

CONTENT

## Calculator

Touch the Calculator icon to do simple calculations.

TIP: Try shaking the tablet to see what happens.

## Notes

Touch the Notes icon to type a new note or view a note you have saved. Touch anywhere on the page to open the pop-up keyboard and start typing.

To look at your saved notes, flick left or right to see the previous or next note. To see a list of all your notes, touch  .

You can save up to 500 characters per note and a maximum of 100 notes.

## Settings

Touch the Settings icon to edit your profile name, set a profile picture, record a greeting message, set desktop wallpaper, change camera photo size, check memory usage, delete game records, lock content from deletion, change closed captions settings, and view the **InnoTab® 3** firmware version number.

Register your **InnoTab® 3** on Learning Lodge™ to obtain a registered license for the onboard content and software. To ensure that your tablet has been registered, go to the About menu in the Settings menu in your **InnoTab® 3**. You will see the license type listed as "Trial" until your **InnoTab® 3** is registered on Learning Lodge™.

**17**  TIP:  You can reset the tablet to factory settings by typing R-E-S-E-T into the My Name profile in Settings.



## ONLINE FEATURES

WARNING: Any data saved in internal memory will be lost. Data saved in a mircoSD card (not included) will not be affected by resetting the tablet.

## Playing an InnoTab® Cartridge

If an **InnoTab®** cartridge (sold separately) has been inserted properly, you will see the cartridge icon at the bottom of the desktop menu screen. Touch the cartridge icon to play.

## Downloads Menu



In the **InnoTab® 3** desktop, touch the Downloads icon to manage your downloaded content. Touch any category at the bottom to see the downloaded items in that category.

Touch 🗑 to enter the delete mode.

In delete mode, touch an item to delete it. A pop-up menu will ask if you really want to delete that item. Touch "Yes" to confirm, or "No" to cancel. If you see 🔒, hold ❓ to unlock the content.

## Inserting a microSD Card

You can insert a microSD card (not included) into your **InnoTab® 3** to expand available memory for downloaded content, photos, videos or music. **InnoTab® 3** is compatible with memory cards up to 32GB.

- Make sure the tablet is turned off.
- Locate the microSD card slot on the back of **InnoTab® 3.** It is under the battery cover with the "microSD" inscription next to it.
- Insert the microSD card, as shown in images 3 & 4.



3



4

18



## ONLINE FEATURES

### Connecting to Learning Lodge™

Connect to Learning Lodge™ to keep track of your child's learning progress online. You can also download great apps, e-books, music, videos and themes. To install the **InnoTab® 3** version of the Learning Lodge™ software on your computer, follow the instructions below.

- Insert an SD card into your **InnoTab® 3**, as shown above, if you wish to expand the available memory.

- Turn on your **InnoTab® 3**.

- Locate the USB port on your **InnoTab® 3** and open the rubber port cover.

- Insert the smaller end of the included USB cable into the USB port on your **InnoTab® 3**.

- Insert the larger end of the USB cable into a USB port on your computer. The USB port is usually marked with the symbol that appears on the USB port cover of your **InnoTab® 3**. Please refer to images 5 & 6 below.





- When the connection is successful your **InnoTab® 3** will show a "Connected to Computer" screen (image 7).

- If you have not already installed Learning Lodge™ on your computer, the Learning Lodge™ Setup Program will automatically launch. Follow the prompts on screen to complete the installation.

- For help using the Learning Lodge™ refer to the Help section of the program.



19



**ONLINE FEATURES**

## Other Learning Lodge™ Installation Methods

If the Setup Program fails to launch when you connect the **InnoTab® 3** to your computer, you can also install Learning Lodge™ through one of the following methods.

- **CD Installation (for PC Computers)**
  - Insert the Learning Lodge™ CD into the CD-ROM drive.
  - Wait for the installation screen to come up. If the installation screen does not come up automatically, go to "My Computer" and then right click on the CD-ROM drive. From the drop-down menu, choose "Explore" and double click the "VTech_toy_Setup.exe" icon to start it up manually.
  - Select the **InnoTab® 3** version of Learning Lodge™ on the installation screen.
  - Click "Install" to begin the installation.
  - Follow the on-screen prompts to install Learning Lodge™.

- **CD Installation (for Macintosh Computers)**
  - Insert the Learning Lodge™ CD into the CD-ROM drive.
  - Double click the "VTech Toy Setup" icon in the pop-up window.
  - Select the **InnoTab® 3** version of Learning Lodge™ on the installation screen.



# TRANSFERRING PHOTOS AND VIDEOS

- Click "Install" to begin the installation.
- Follow the on-screen prompts to install Learning Lodge™.

• **Download the Setup Files from the VTech® Website**

- To download the files, go to:
  www.vtechkids.com/download for US or
  www.vtechkids.ca/toysdownload for Canada.

- Select **InnoTab® 3** from the list of products and click the Download button for PC or Mac depending on which type of computer you own.

- Run the Setup Package and follow the on-screen prompts to install Learning Lodge™.

## Transferring Photos and Videos

You can transfer photos/videos from your computer to your **InnoTab® 3** using Learning Lodge™. See the **Photos** section above for more details.

**InnoTab® 3** supports JPEG formatted photos and MJPEG/H.264 baseline profile formatted video playback. Other video formats can be converted to work with **InnoTab® 3** using third party software (not included). There may be legal restrictions associated with the use of commercial video files, movies, programs and other content for which **VTech®** accepts no responsibility or liability. Users should take responsibility for observing relevant copyright law in their country for this type of media.

Recommended format settings required for video playback compatibility with **InnoTab® 3**:

When converting your video for InnoTab, please follow the following guidelines:

Supported format:

H.264 baseline profile video and MP3 audio in an AVI file.

Recommended resolution:

480x272 if source is 16:9 and 320x240 if source is 4:3. Other resolutions are supported but are not optimal for the device.

Recommended Video bitrate:

600 Kbps. Other bitrates are supported but are not optimal for the device.

# MINIMUM SYSTEM REQUIREMENTS

<u>Recommended Audio bitrate:</u>

96 Kbps. Other bitrates are supported but are not optimal for the device.

<u>Maximum file size:</u>

2GB (over 5 hours of play time using the recommended setup).

The following freeware programs may be used to convert most videos:

Avanti GUI

eRightSoft Super©

MediaCoder

TEncoder

(All trademarks are the property of their respective owners. **VTech**® does not endorse, support or accept any liability for the freeware listed above.)

## Minimum System Requirements

**PC Hardware Requirements:**

CPU: Pentium® 4 or above

Memory: 256MB RAM

300MB Hard disk space

Monitor Resolution: 1024 x 768

USB Port required

**PC Software Requirements:**

Microsoft® Windows® XP, Windows Vista®, Windows® 7 or Windows® 8 Operating System

Adobe® Flash® Player 10 – Other Browsers

Macintosh Hardware Requirements:

Macintosh Computer with an Intel processor

Memory: 512 MB RAM

300 MB Hard disk space

USB Port required

**Macintosh Software Requirements:**

Mac OS X version 10.6, 10.7, 10.8 or 10.9

Adobe® Flash® Player 10 – Other Browsers Version

**\*Internet connection required for Internet enabled functions on both PC and Macintosh computers.**

# CARE & MAINTENANCE

Microsoft® and Windows logos are trademarks of Microsoft Corporation in the United States and other countries. Adobe®, the Adobe logo, Flash® are trademarks of Adobe Systems Incorporated in the United States and other countries. Intel®, Pentium® are trademarks of Intel Corporation in the United States and other countries. Macintosh and Mac logos are trademarks of Apple Inc., registered in the United States and other countries. All other trademarks are the property of their respective owners. THIS PRODUCT IS NOT ENDORSED OR SPONSORED BY ADOBE SYSTEMS INCORPORATED, PUBLISHER OF FLASH.

**NOTE**: Do not disconnect **InnoTab® 3** or the computer while files are downloading. After you have finished, turn off the tablet to save power. When not connected to a computer, please close the USB port cover on the **InnoTab® 3** for safety.

## Care & Maintenance

1. Keep **InnoTab® 3** out of direct sunlight and away from direct sources of heat.
2. Remove the batteries when not using it for an extended period of time.
3. Avoid dropping it. NEVER try to dismantle it.
4. Always keep your **InnoTab® 3** away from water.
5. Please examine the toy transformer periodically for conditions that may result in the risk of fire, electric shock, or injury to persons (such as damage to the output cord, blades, housing, or other parts) and that, in an event of such conditions, the transformer should not be used until properly repaired.
6. Do not touch or push the metal pins on the underside of each battery pack, or it will damage the battery.

## Using the InnoTab® 3 touch screen and stylus:

• Use only enough pressure to operate the game. Too much pressure may damage the touch screen.
• Do not use the stylus if it is broken.
• Do not use any other stylus on the touch screen other than an **InnoTab®** stylus.
• Put the stylus back in the stylus holder when not in use.

## Cleaning the InnoTab® 3 touch screen

• Slightly dampen a soft, lint-free cloth with a little water and wipe the screen to loosen dirt.

**23**
• Using a clean and dry cloth, wipe the screen dry. Repeat these two steps as needed.



# CARE & MAINTENANCE

- Pay attention to the small gap around the edge of the LCD screen. Do not allow any small particles to fall into it.
- If you find small particles in this gap, use a toothpick to gently remove them.

## Cleaning the InnoTab® 3 cabinet

- Keep your **InnoTab® 3** clean by wiping it with a slightly damp cloth. Never use solvents or abrasives.

## Backup battery replacement

- Make sure the tablet is turned off.
- Locate the backup battery cover on the back of the tablet, then open it with a screwdriver as shown in image 8.
- Insert 1 3V CR2032 battery in the battery compartment with the "+" side facing up as shown in image 9.



8



3V CR2032 battery

9

- Make sure to replace the backup battery cover.

**WARNING**

A very small percentage of the public, due to an existing condition, may experience epileptic seizures or momentary loss of consciousness when viewing certain types of flashing colors or patterns, especially on television. While the **InnoTab® 3** Learning Tablet does not contribute to any additional risks, we do recommend that parents supervise their children while they play video games. If your child experiences dizziness, altered vision, disorientation, or convulsions, discontinue use immediately and consult your physician. Please note that focusing on an LCD screen at close range for a prolonged period of time may cause fatigue or discomfort. We recommend that children take a 15-minute break for every hour of play.

TROUBLESHOOTING 

## Troubleshooting

| Problem | Possible Reason | Solution |
|---|---|---|
| Screen displays with no sound. | Volume is turned down. | Adjust the volume control. |
| | Headphones are connected. | Unplug headphones from headphone jack. |
| Screen turns on, then immediately off. | Battery power low. | Replace or recharge the batteries. |
| No picture (or incorrect picture) on screen, and pressing the Power button has no effect. | Program needs to be reset. | Disconnect all power supplies (batteries and adapter), then reconnect all power supplies. |
| | | Press the Power button. |
| | | Remove the cartridge, clean it if necessary, and then re-insert it into the **InnoTab® 3**. |
| No screen display after pressing Power button. | Battery power low. | Replace or recharge the batteries. |
| | Incomplete battery installation. | Make sure to install all batteries in the battery compartment. |
| | No AC adapter power. | Securely connect the AC adapter or car adapter to both the **InnoTab® 3** and the power source. |
| The cartridge icon does not appear on desktop. | Poor cartridge connection. | Remove the cartridge, clean it if necessary, and then re-insert it into the **InnoTab® 3**. |
| USB connection window does not pop up after connecting to computer. | Poor USB cable connection. | Securely connect the USB cable to **InnoTab® 3** and the computer. |
| | Connection is running through USB hub. | Connect the **InnoTab® 3** directly to the computer, without using a hub. |

25

# TROUBLESHOOTING



| Clock time is not accurate or **InnoTab® 3** requests to set up time when turning on **InnoTab® 3**. | Backup battery power low or backup battery is not installed correctly. | Replace backup battery and make sure the backup battery is installed correctly (for backup battery replacement instructions, please see **Backup Battery Replacement** section on page 24). |
|---|---|---|
| Touch screen is inaccurate or it is impossible to select the correct icon on the screen. | Touch screen requires calibration. | Turn the **InnoTab® 3** OFF. Then hold 🏠, ❓ and 🔊 down when turning the **InnoTab® 3** ON. Follow the steps on the screen. |
| | Small particles inside gap of LCD screen. | Use a tooth pick to gently remove any small particles within the gap. |
| Inserted a microSD card (not included), but the tablet cannot recognize it. | microSD card format is not FAT32. | Format the microSD card to FAT32 in your computer. |
| Files copied to the tablet's internal memory disappeared. | The tablet's memory was not formatted to FAT32. | If formatting the memory is necessary, make sure it is formatted to FAT32. |
| When using the Rechargeable Power Pack, the console suddenly turns off without giving a "Low Battery" warning. | There is uneven charge storage among the cells in the battery packs. | Charge the rechargeable battery packs for 24 hours (keep charging even after the battery charging indicator light stops flashing). |
| The battery charging indicator light does not come on. | The AC Adapter is not properly connected, or the tablet has been left on. | Inspect the AC adapter. Make sure that the adapter is securely connected to the **InnoTab®** and plugged in to the wall outlet. |
| | | Make sure the tablet is turned off. |

# TROUBLESHOOTING



| The green light blinks very quickly when attempting to charge the unit. | The rechargeable batteries are not able to charge properly. | Check that the rechargeable batteries are correctly installed in the tablet. |
|---|---|---|
| | | Make sure the connector pins on the **InnoTab®** and the metal contacts on the battery packs are clean and free of debris. |
| | | If problem persists after checking the above, unplug the AC adapter from the AC adapter jack. Wait for 10 seconds before plugging the AC adapter back in. |

For more information and troubleshooting tips, visit www.vtechkids.com/tutorials/innotab3

If your **InnoTab® 3** does not respond to an inserted cartridge, please carefully try the following:

• Remove all batteries and unplug all wiring.

    • Use a cotton swab dipped in rubbing alcohol or an alcohol-based window cleaner to gently clean the contact area of the cartridge slot.

• If necessary, dry all the clean contact areas with a soft, lint-free cloth.

• Please make sure that all parts are completely dry before restoring electricity.

Static electricity may cause the **InnoTab® 3** to malfunction. In some cases, the game play score stored in the tablet memory may be lost. In cases where **InnoTab® 3** is malfunctioning due to static electricity, reset the tablet by removing and reinstalling the batteries, or by unplugging and replugging the AC adapter. Or, if the static electricity malfunction occurred during the downloading process, disconnect the USB cable, delete the corrupted file, and reset the tablet as described above. Then reconnect the USB cable and restart the download process.



## TECHNICAL SUPPORT

## Technical Support

• If you have a problem that cannot be solved by using this manual, we encourage you to visit us online or contact our Consumer Services Department with any problems and/or suggestions that you might have. A support representative will be happy to assist you. Before requesting support, please be ready to provide or include the information below:

• The name of your product or model number (the model number is located on the back of the display panel).

• The actual problem you are experiencing.

• The actions you took right before the problem started.

Internet : www.vtechkids.com

Phone : 1-800-521-2010 in the U.S. or 1-877-352-8697 in Canada

## Copyright Notices

© 2014 VTech. All Rights Reserved. **VTech**® and the **VTech**® logo are trademarks of VTech. **InnoTab**® and Learning Lodge™ are trademark of VTech. All other trademarks are property of their respective owners.

# DISCLAIMER AND LIMITATION OF LIABILITY

## IMPORTANT NOTE:

Creating and developing **InnoTab®️ 3** The Learning Tablet products is accompanied by a responsibility that we at **VTech®️** take very seriously. We make every effort to ensure the accuracy of the information that forms the value of our products. However, errors sometimes can occur. It is important for you to know that we stand behind our products and encourage you to call our Consumer Services Department at 1-800-521-2010 in the U.S. or 1-877-352-8697 in Canada, with any problems and/or suggestions that you might have. A service representative will be happy to help you. This product is licensed under the AVC patent portfolio license for the personal use of a consumer or other uses in which it does not receive remuneration to

(i) encode video in compliance with the AVC standard ("AVC video") and/or

(ii) decode AVC video that was encoded by a consumer engaged in a personal activity and/or was obtained from a video provider licensed to provide AVC video.

No license is granted or shall be implied for any other use. Additional information may be obtained from MPEG LA, L.L.C. See http://www.mpegla.com

## Disclaimer and Limitation of Liability

**VTech®️** Electronics North America, L.L.C. and its suppliers assume no responsibility for any damage or loss resulting from the use of this handbook. **VTech®️** Electronics North America, L.L.C. and its suppliers assume no responsibility for any loss or claims by third parties that may arise through the use of this software. **VTech®️** Electronics North America, L.L.C. and its suppliers assume no responsibility for any damage or loss caused by deletion of data as a result of malfunction, dead battery, or repairs. Be sure to make backup copies of important data on other media to protect against data loss. Company: **VTech®️** Electronics North America, L.L.C.

Address: 1156 W. Shure Drive, Suite 200, Arlington Heights, IL 60004 USA

Phone : 1-800-521-2010 in the U.S. or 1-877-352-8697 in Canada

# DISCLAIMER AND LIMITATION OF LIABILITY

Note: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules.

These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

• Reorient or relocate the receiving antenna.

• Increase the separation between the equipment and receiver.

• Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.

• Consult the dealer or an experienced radio/TV technician for help.

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) this device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

*CAN ICES-3 (B)/NMB-3(B).*

Caution : Changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

END USER LICENSE AGREEMENT

# END USER LICENSE AGREEMENT

THIS IS A LEGAL AGREEMENT BETWEEN YOU AND VTECH INC. ("VTECH"), STATING THE TERMS THAT GOVERN YOUR USE OF SOFTWARE FOR INNOTAB® 3 OR IN CONNECTION WITH THE APPLICATION OF SOFTWARE ("SOFTWARE"). "SOFTWARE" INCLUDES AUDIO FILES FOR THE INNOTAB® 3 SYSTEM.

BY ACTIVATING, USING, DOWNLOADING OR INSTALLING THIS SOFTWARE , YOU ARE AGREEING TO BE BOUND BY THE TERMS OF THIS AGREEMENT. YOUR RIGHT TO USE THE SOFTWARE IS CONDITIONAL UPON YOUR AGREEMENT TO THESE TERMS. IF YOU DETERMINE THAT YOU ARE UNWILLING TO AGREE TO THE TERMS OF THIS LICENSE AGREEMENT, YOU HAVE NO RIGHT TO USE THE SOFTWARE AND YOU SHOULD PROMPTLY RETURN THE SOFTWARE TO VTECH OR DELETE IT.

IF YOU ARE UNDER THE AGE OF 18 OR ARE OTHERWISE CONSIDERED A MINOR IN YOUR JURISDICTION, YOU SHOULD REVIEW THESE TERMS AND CONDITIONS WITH YOUR PARENT OR GUARDIAN (COLLECTIVELY, "PARENT") AND MAKE SURE THAT YOUR PARENT UNDERSTANDS AND AGREES ON YOUR BEHALF TO THESE TERMS AND CONDITIONS.

WHEREVER THIS AGREEMENT REFERS TO "YOU" OR "YOUR," IT IS MEANT TO INCLUDE BOTH PARENT AND CHILDREN USERS, EXCEPT WHERE A CHILD IS NOT OF SUFFICIENT LEGAL AGE TO ENTER INTO A BINDING CONTRACT (SUCH AS AN E-COMMERCE TRANSACTION) OR PROVIDE ANY REQUIRED CONSENTS (SUCH AS CONSENT TO DATA COLLECTION, PROCESSING, OR TRANSFERS), IN WHICH CASE THE PARENT OF SUCH CHILD HEREBY ACKNOWLEDGES AND AGREES HE/SHE IS ACTING ON THE CHILD'S BEHALF TO EFFECTUATE SUCH CONTRACTS OR CONSENTS AND IS FULLY LIABLE FOR THE ACTIONS OR INACTIONS OF SUCH CHILD WITH RESPECT TO THE USE OF THE SOFTWARE AND RELATED SERVICES.

1. OWNERSHIP. The Software and Documentation (including all content contained within the Product) are owned by VTECH, or its licensors, and are protected by international copyright and other intellectual property laws. The Software and Documentation shall only be used by you in accordance with this Agreement. The Software and Documentation are licensed, not sold. Except as specifically set forth herein, VTECH and its licensors retain all right, title and interest, including all intellectual property rights, in and to the Software and Documentation.

# END USER LICENSE AGREEMENT

2. LICENSE TERMS. VTECH grants to you, subject to the terms, conditions and limitations further defined in this Agreement, a non-exclusive, non-sublicenseable, non-transferable license for non-commercial use, and to use the Documentation in connection with such use of the Software. Any modifications, upgrades, error corrections, or other updates to the Software provided by VTECH to you shall be deemed part of the Software and use thereof shall be governed by the terms and conditions of this Agreement, unless the parties have entered into a separate, written agreement governing such modifications, upgrades, error corrections, or other updates.

3. RESTRICTIONS ON REVERSE ENGINEERING AND SECURITY. Except to the extent otherwise expressly and unambiguously authorized by VTECH or to the extent such restrictions are explicitly prohibited by applicable law, you shall NOT reverse engineer, decompile, disassemble, translate or attempt to learn the source code of the Software (ii) copy, modify, create derivative works of, distribute, sell, assign, pledge, sublicense, lease, loan, rent, timeshare, deliver or otherwise transfer the Software (iii) remove from the Software, or alter or add, any copyright, trademarks, trade names, logos, notices or markings (iv) violate, tamper with or circumvent any security system or measures implemented by VTECH which are designed to prevent unauthorized copying of the Software. Any such forbidden use shall immediately terminate your license to the Software without any prior notice.

4. LIMITED WARRANTY. VTECH warrants to you – subject to your compliance with the terms herein – that for a period of ninety (90) days from the date you purchase the Product, the Software will substantially conform to VTECH's published specifications for the Software. Your sole and exclusive remedy under the foregoing warranty shall be for VTECH, at its choice, to use commercially reasonable efforts to correct any substantial non-conformity of the Software reported to VTECH in writing within the warranty period and/or provide a replacement copy of the Software. The foregoing warranty shall not apply to any non-conformity that is caused by (i) the use or operation of the Software with an application or in an environment other than that intended or recommended by VTECH, (ii) modifications to the Software not made by VTECH or (iii) third party hardware or software provided by any third party.

# END USER LICENSE AGREEMENT

VTECH MAKES NO WARRANTIES THAT THE SOFTWARE IS ERROR FREE OR IS SUITABLE FOR YOUR PURPOSES. VTECH MAKES NO WARRANTIES OTHER THAN THOSE SET FORTH ABOVE, AND HEREBY DISCLAIMS ALL OTHER WARRANTIES, WHETHER EXPRESS, IMPLIED OR STATUTORY, WITH RESPECT TO THE SOFTWARE OR DOCUMENTATION, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY VTECH, ITS RESELLERS, AGENTS OR EMPLOYEES SHALL CREATE A WARRANTY.

5. LIMITATION OF LIABILITY. IN NO EVENT SHALL VTECH BE LIABLE FOR ANY LOSS OF PROFITS, USE OF DATA, COST OF REPLACEMENT GOODS OR HARDWARE, OR OTHER INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES ARISING OUT OF YOUR USE OR INABILITY TO USE THE SOFTWARE DOWNLOAD OR DOCUMENTATION, EVEN IF VTECH HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY REMEDY. YOU AGREE THAT IN NO EVENT WILL VTECH'S AGGREGATE LIABILITY HEREUNDER OR RELATED TO YOUR USE OF THE SOFTWARE OR DOCUMENTATION EXCEED THE AMOUNT PAID FOR THE PRODUCT AND/OR SOFTWARE.

6. TERMINATION. This License Agreement will automatically terminate if you fail to comply with any term thereof. No notice shall be required from VTECH to effect such termination.

CLASS 1
LED PRODUCT

33



## GNU GENERAL PUBLIC LICENSE

Version 2, June 1991

Copyright (C) 1989, 1991 Free Software Foundation, Inc., 51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA Everyone is permitted to copy and distribute verbatim copies of this license document, but changing it is not allowed.

### Preamble

The licenses for most software are designed to take away your freedom to share and change it. By contrast, the GNU General Public License is intended to guarantee your freedom to share and change free software--to make sure the software is free for all its users. This General Public License applies to most of the Free Software Foundation's software and to any other program whose authors commit to using it. (Some other Free Software Foundation software is covered by the GNU Lesser General Public License instead.) You can apply it to your programs, too.

When we speak of free software, we are referring to freedom, not price. Our General Public Licenses are designed to make sure that you have the freedom to distribute copies of free software (and charge for this service if you wish), that you receive source code or can get it if you want it, that you can change the software or use pieces of it in new free programs; and that you know you can do these things.

To protect your rights, we need to make restrictions that forbid anyone to deny you these rights or to ask you to surrender the rights. These restrictions translate to certain responsibilities for you if you distribute copies of the software, or if you modify it. For example, if you distribute copies of such a program, whether gratis or for a fee, you must give the recipients all the rights that you have. You must make sure that they, too, receive or can get the source code. And you must show them these terms so they know their rights.

We protect your rights with two steps: (1) copyright the software, and (2) offer you this license which gives you legal permission to copy, distribute and/or modify the software.

Also, for each author's protection and ours, we want to make certain that everyone understands that there is no warranty for this free software. If the software is modified by someone else and passed on, we want its recipients to know that what they have is not the original, so that any problems introduced by others will not reflect on the original authors' reputations.

Finally, any free program is threatened constantly by software patents. We wish to avoid the danger that redistributors of a free program will individually obtain patent licenses, in effect making the program proprietary. To prevent this, we have made it clear that any patent must be licensed for everyone's free use or not licensed at all.

The precise terms and conditions for copying, distribution and modification follow.

## GNU GENERAL PUBLIC LICENSE

TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

0.This License applies to any program or other work which contains a notice placed by the copyright holder saying it may be distributed under the terms of this General Public License. The "Program", below, refers to any such program or work, and a "work based on the Program" means either the Program or any derivative work under copyright law: that is to say, a work containing the Program or a portion of it, either verbatim or with modifications and/or translated into another language. (Hereinafter, translation is included without limitation in the term "modification".) Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not covered by this License; they are outside its scope. The act of running the Program is not restricted, and the output from the Program is covered only if its contents constitute a work based on the Program (independent of

**34**



# GNU GENERAL PUBLIC LICENSE

having been made by running the Program). Whether that is true depends on what the Program does.

1.You may copy and distribute verbatim copies of the Program's source code as you receive it, in any medium, provided that you conspicuously and appropriately publish on each copy an appropriate copyright notice and disclaimer of warranty; keep intact all the notices that refer to this License and to the absence of any warranty; and give any other recipients of the Program a copy of this License along with the Program.

You may charge a fee for the physical act of transferring a copy, and you may at your option offer warranty protection in exchange for a fee.

2. You may modify your copy or copies of the Program or any portion of it, thus forming a work based on the Program, and copy and distribute such modifications or work under the terms of Section 1 above, provided that you also meet all of these conditions:

a) You must cause the modified files to carry prominent notices stating that you changed the files and the date of any change.

b) You must cause any work that you distribute or publish, that in whole or in part contains or is derived from the Program or any part thereof, to be licensed as a whole at no charge to all third parties under the terms of this License.

c) If the modified program normally reads commands interactively when run, you must cause it, when started running for such interactive use in the most ordinary way, to print or display an announcement including an appropriate copyright notice and a notice that there is no warranty (or else, saying that you provide a warranty) and that users may redistribute the program under these conditions, and telling the user how to view a copy of this License.  (Exception: if the Program itself is interactive but does not normally print such an announcement, your work based on the Program is not required to print an announcement.)

These requirements apply to the modified work as a whole. If identifiable sections of that work are not derived from the Program, and can be reasonably considered independent and separate works in themselves, then this License, and its terms, do not apply to those sections when you distribute them as separate works. But when you distribute the same sections as part of a whole which is a work based on the Program, the distribution of the whole must be on the terms of this License, whose permissions for other licensees extend to the entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest your rights to work written entirely by you; rather, the intent is to exercise the right to control the distribution of derivative or collective works based on the Program.

In addition, mere aggregation of another work not based on the Program with the Program (or with a work based on the Program) on a volume of a storage or distribution medium does not bring the other work under the scope of this License.

3. You may copy and distribute the Program (or a work based on it, under Section 2) in object code or executable form under the terms of Sections 1 and 2 above provided that you also do one of the following:

a) Accompany it with the complete corresponding machine-readable  source code, which must be distributed under the terms of Sections1 and 2 above on a medium customarily used for software interchange; or,

35



# GNU GENERAL PUBLIC LICENSE

b) Accompany it with a written offer, valid for at least three years, to give any third party, for a charge no more than your cost of physically performing source distribution, a complete machine-readable copy of the corresponding source code, to be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange; or,

c) Accompany it with the information you received as to the offer to distribute corresponding source code. (This alternative is allowed only for noncommercial distribution and only if you received the program in object code or executable form with such an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for making modifications to it. For an executable work, complete source code means all the source code for all modules it contains, plus any associated interface definition files, plus the scripts used to control compilation and installation of the executable. However, as a special exception, the source code distributed need not include anything that is normally distributed (in either source or binary form) with the major components (compiler, kernel, and so on) of the operating system on which the executable runs, unless that component itself accompanies the executable.

If distribution of executable or object code is made by offering access to copy from a designated place, then offering equivalent access to copy the source code from the same place counts as distribution of the source code, even though third parties are not compelled to copy the source along with the object code.

4. You may not copy, modify, sublicense, or distribute the Program except as expressly provided under this License. Any attempt otherwise to copy, modify, sublicense or distribute the Program is void, and will automatically terminate your rights under this License. However, parties who have received copies, or rights, from you under this License will not have their licenses terminated so long as such parties remain in full compliance.

5. You are not required to accept this License, since you have not signed it. However, nothing else grants you permission to modify or distribute the Program or its derivative works. These actions are prohibited by law if you do not accept this License. Therefore, by modifying or distributing the Program (or any work based on the Program), you indicate your acceptance of this License to do so, and all its terms and conditions for copying, distributing or modifying the Program or works based on it.

6. Each time you redistribute the Program (or any work based on the Program), the recipient automatically receives a license from the original licensor to copy, distribute or modify the Program subject to these terms and conditions. You may not impose any further restrictions on the recipients' exercise of the rights granted herein. You are not responsible for enforcing compliance by third parties to this License.

7. If, as a consequence of a court judgment or allegation of patent infringement or for any other reason (not limited to patent issues), conditions are imposed on you (whether by court order, agreement or otherwise) that contradict the conditions of this License, they do not excuse you from the conditions of this License. If you cannot distribute so as to satisfy simultaneously your obligations under this License and any other pertinent obligations, then as a consequence you may not distribute the Program at all. For example, if a patent license would not permit royalty-free redistribution of the Program by all those who receive copies directly or indirectly through you, then the only way you could satisfy both it and this License would be to refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under any particular circumstance, the balance of the section is intended to apply and the section as a whole is intended to apply in other circumstances.

# GNU GENERAL PUBLIC LICENSE

It is not the purpose of this section to induce you to infringe any patents or other property right claims or to contest validity of any such claims; this section has the sole purpose of protecting the integrity of the free software distribution system, which is implemented by public license practices. Many people have made generous contributions to the wide range of software distributed through that system in reliance on consistent application of that system; it is up to the author/donor to decide if he or she is willing to distribute software through any other system and a licensee cannot impose that choice.

This section is intended to make thoroughly clear what is believed to be a consequence of the rest of this License.

8. If the distribution and/or use of the Program is restricted in certain countries either by patents or by copyrighted interfaces, the original copyright holder who places the Program under this License may add an explicit geographical distribution limitation excluding those countries, so that distribution is permitted only in or among countries not thus excluded. In such case, this License incorporates the limitation as if written in the body of this License.

9. The Free Software Foundation may publish revised and/or new versions of the General Public License from time to time. Such new versions will be similar in spirit to the present version, but may differ in detail to address new problems or concerns Each version is given a distinguishing version number. If the Program specifies a version number of this License which applies to it and "any later version", you have the option of following the terms and conditions either of that version or of any later version published by the Free Software Foundation. If the Program does not specify a version number of this License, you may choose any version ever published by the Free Software Foundation.

10. If you wish to incorporate parts of the Program into other free programs whose distribution conditions are different, write to the author to ask for permission. For software which is copyrighted by the Free Software Foundation, write to the Free Software Foundation; we sometimes make exceptions for this. Our decision will be guided by the two goals of preserving the free status of all derivatives of our free software and of promoting the sharing and reuse of software generally.

## NO WARRANTY

11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW. EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU. SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

Customer Support : http://www.vtechkids.com/support/