**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE VTECH DATA BREACH LITIGATION** | Master Case No. 15-cv-10889<br><br>The Honorable Manish S. Shah |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated June 21, 2018 (ECF No. 114) and the Parties' Joint Status Reports dated July 23, 2018 (ECF No. 115), and August 21, 2018 (ECF No. 116), the parties advise the Court that the named Plaintiffs have agreed to settle this matter with Defendant. The parties respectfully request that the Court allow the parties an additional fourteen days, until September 26, 2018, to finalize the agreement. The parties anticipate filing a stipulated agreement to dismiss all claims with prejudice and requesting that the Court enter its April 18, 2018 Memorandum Opinion and Order as a final judgment.

Dated: September 12, 2018                                    Respectfully submitted,

/s/ Jason L. Lichtman                                              /s/ Jeremy S. Goldkind
Jason L. Lichtman                                                  Michael Dockterman
**Lieff Cabraser Heimann**                                    James R. Nuttall
  **& Bernstein, LLP**                                            Michael A. Vatis
250 Hudson Street, 8th Floor                                Jeremy S. Goldkind
New York, NY 10013                                              **STEPTOE & JOHNSON LLP**
212.355.9500                                                          115 South LaSalle Street, Ste. 3100
jlichtman@lchb.com                                              Chicago, Illinois 60603
                                                                              312.577.1300
*Interim Co-Lead Counsel for Plaintiffs*              mdockterman@steptoe.com
                                                                              jnuttall@steptoe.com
                                                                              mvatis@steptoe.com
                                                                              jgoldkind@steptoe.com
                                                                              *Attorneys for VTech Electronics North America, LLC*

**SIGNATURE ATTESTATION**

Pursuant to the United States District Court for the Northern District of Illinois' General Order on Electronic Case Filing, General Order 14-0009(IX)(C)(2), I hereby certify that authorization for the filing of this document has been obtained from each of the signatories shown above and that all signatories concur in the filing's content.

/s/ Jeremy Goldkind
Jeremy Goldkind

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document using this Court's CM/ECF service, which will send notice of such filing to all counsel of record this 12th day of September, 2018.

/s/ Jeremy Goldkind
Jeremy Goldkind