IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE VTECH DATA BREACH LITIGATION** | Master Case No. 15-cv-10889<br><br>The Honorable Manish S. Shah |

## STIPULATION OF DISMISSAL

Plaintiffs Herber Bran ("Bran"), Sharon Dashnau ("Dashnau"), Sean Foyle ("Foyle"), Fredy Giron ("Giron"), Mari Hawkins ("Hawkins"), Dominique Reese ("Reese"), Ken Tittle ("Tittle"), and Courtney Van Wormer ("Van Wormer") (collectively "Plaintiffs") and Defendant VTech Electronics North America, LLC ("VTech" or "Defendant"), by and through their undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate as follows:

1. Plaintiffs' claims against VTech are all dismissed, with prejudice, without interest, attorneys' fees or costs, and with all parties waiving rights of appeal and any rights pursuant to Fed. R. Civ. P. 60, concerning the claims dismissed pursuant to this Stipulation;

2. The Parties respectfully request that the Court enter final judgment in this matter which adopts the Court's Memorandum Opinion issued on April 18, 2018 as the Court's final determination on the merits of each of Plaintiffs' claims.

3. The Parties agree to the Court's reservation of jurisdiction to adjudicate any matters arising from or related to this Lawsuit.

DATED: September 14 , 2018					Respectfully submitted,

Herber Bran, Sharon Dashnau, Sean Foyle, Fredy Giron, Mari Hawkins, Dominique Reese, Ken Tittle, and Courtney Van Wormer

By their attorneys,

/s/ Jason L. Lichtman
Jason Louis Lichtman
Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500
jlichtman@lchb.com

Jay Edelson
Sydney Janzen
Edelson PC
350 North LaSalle Street
14th Floor
Chicago, IL 60654
(312) 589-6375
jedelson@edelson.com

Ryan F. Stephan
Andrew Ficzko
James B. Zouras
Stephan, Zouras, LLP
205 N. Michigan Ave.

Suite 2560
Chicago, IL 60601
(312) 233-1550
rstephan@stephanzouras.com

Christopher S. Hinton
The Hinton Law Firm
275 Madison Ave
34th Fl
New York, NY 10016
646-723-3377
chinton@rosenlegal.com

Phillip C. Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
Suite 3400
New York, NY 10016
212-686-1060
pkim@rosenlegal.com

Steven W. Teppler
Abbott Law Group, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
904.292.1111
steppler@abbottlawpa.com

Edward A. Wallace
Wexler Wallace LLP
55 West Monroe
Suite 3300
Chicago, IL 60603
(312) 346-2222
eaw@wexlerwallace.com

Matthew Todd Hurst
Heffner Hurst
30 North LaSalle Street
Suite 1210
Chicago, IL 60602
312-346-3466
mhurst@heffnerhurst.com

Cari C. Laufenberg
Gretchen Freeman Cappio
Keller Rohrback Llp
1201 3rd Avenue
Suite 3200
Seattle, WA 98101
(206) 623-1900
claufenberg@kellerrohrback.com
gcappio@kellerrohrback.com



VTech Electronics North America, LLC
By its attorneys,

/s/Jeremy S. Goldkind_____
Michael Dockterman
Jay R. Nuttall
Jeremy S. Goldkind
Michael A. Vatis (*admitted pro hac vice*)
Daniel E. Raymond
STEPTOE & JOHNSON LLP
115 S. LaSalle Street, Suite 3100
Chicago, IL 60603
(312) 577-1243
mdockterman@steptoe.com
jnuttall@steptoe.com
jgoldkind@steptoe.com
mvatis@steptoe.com

## **CERTIFICATE OF SERVICE**

      I, Jason L. Lichtman, hereby certify that the foregoing Stipulation of Dismissal was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 14 , 2018.

<u>/s/ Jason L. Lichtman</u>