# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

In re: VTech Data Breach Litigation,

Case No. 15-cv-10889
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Pursuant to the stipulation of dismissal [118] this case is dismissed with prejudice, without fees or costs, and the court's 4/18/18 opinion and order is converted to a dismissal with prejudice

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Manish Shah.

Date: 9/17/2018                    Thomas G. Bruton, Clerk of Court

/s/Susan McClintic , Deputy Clerk